**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JAMES CARREKER, #243649, | CASE NUMBER: 10-10746 |
| Plaintiff, | HON. MARIANNE O. BATTANI |
| v. | |
| MICHIGAN DEPARTMENT OF CORRECTIONS, et al, | |
| Defendants. | |
| _____/ | |

### ORDER DENYING MOTION TO MODIFY PROTECTIVE ORDER

Pending before the Court is Plaintiff's Motion to Modify Protective Order, filed on November 16, 2012.  For reasons more fully stated on the record at a hearing held on December 3, 2012, the motion is DENIED.

IT IS SO ORDERED.

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

_____

### CERTIFICATE OF SERVICE

Copies of this Order were mailed and/or electronically filed to all counsel of record on this date.

s/Colette Motowski
Secretary

December 3, 2012