**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAMES CARREKER, #243649,

           Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al,

           Defendants.
_____/

CASE NUMBER: 10-10746

HON. MARIANNE O. BATTANI

### ORDER DENYING MOTION TO MODIFY PROTECTIVE ORDER

Pending before the Court is Plaintiff's Motion to Modify Protective Order, filed on November 16, 2012. For reasons more fully stated on the record at a hearing held on December 3, 2012, the motion is DENIED.

IT IS SO ORDERED.

           s/Marianne O. Battani
           MARIANNE O. BATTANI
           UNITED STATES DISTRICT JUDGE

_____

### CERTIFICATE OF SERVICE

Copies of this Order were mailed and/or electronically filed to all counsel of record on this date.

           s/Colette Motowski
           Secretary

December 3, 2012